Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ 07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF DECEMBER  7, 2021

**Chapter 13 Case # 16-32490**

Re:   JORGE L. CANIZARES                    Atty:   RUSSELL L LOW ESQ
      616 WEST 2ND AVENUE                                LOW & LOW ESQS
      ROSELLE, NJ  07203                                 505 MAIN STREET, SUITE 304
                                    HACKENSACK, NJ  07601

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $46,764.60**

## RECEIPTS   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|------|--------|---------------------|------|--------|---------------------|
| 12/23/2016 | $779.41 | 3574995000   - | 01/18/2017 | $779.41 | 3640421000   - |
| 02/21/2017 | $779.41 | 3730659000   - | 03/23/2017 | $779.41 | 3817171000   - |
| 04/21/2017 | $779.41 | 3895607000   - | 06/01/2017 | $779.41 | 4005025000   - |
| 07/05/2017 | $779.41 | 4101158000   - | 08/02/2017 | $779.41 | 4173665000   - |
| 09/05/2017 | $779.41 | 4258529000   - | 10/04/2017 | $779.41 | 4337726000   - |
| 11/03/2017 | $779.41 | 4415631000   - | 12/04/2017 | $779.41 | 4487286000   - |
| 01/03/2018 | $779.41 | 4565989000   - | 02/05/2018 | $779.41 | 4643624000   - |
| 02/13/2018 | $779.41 | 4667249000   - | 03/05/2018 | $779.41 | 4722680000   - |
| 04/03/2018 | $779.41 | 4804181000 | 05/02/2018 | $779.41 | 4881497000 |
| 06/04/2018 | $779.41 | 4967800000 | 07/09/2018 | $779.41 | 5058888000 |
| 08/08/2018 | $779.41 | 5138121000 | 10/04/2018 | $779.41 | 5288397000 |
| 11/15/2018 | $779.41 | 5391898000 | 12/06/2018 | $779.41 | 5450155000 |
| 01/07/2019 | $779.41 | 5522342000 | 02/04/2019 | $779.41 | 5590409000 |
| 03/05/2019 | $779.41 | 5679364000 | 04/10/2019 | $779.41 | 5774477000 |
| 05/02/2019 | $779.41 | 5828113000 | 06/05/2019 | $779.41 | 5917603000 |
| 07/05/2019 | $779.41 | 5994046000 | 08/05/2019 | $779.41 | 6068016000 |
| 09/09/2019 | $779.41 | 6162826000 | 10/08/2019 | $779.41 | 6240100000 |
| 11/05/2019 | $779.41 | 6309238000 | 12/05/2019 | $779.41 | 6384107000 |
| 12/06/2019 | $779.41 | 6384107000 | 12/10/2019 | ($779.41) | 6384107000 |
| 01/03/2020 | $779.41 | 6452363000 | 02/06/2020 | $779.41 | 6541086000 |
| 02/28/2020 | $779.41 | 6593291000 | 03/03/2020 | $779.41 | 6609713000 |
| 04/02/2020 | $779.41 | 6682796000 | 05/04/2020 | $779.41 | 6760424000 |
| 06/02/2020 | $779.41 | 6837565000 | 07/06/2020 | $779.41 | 6915107000 |
| 08/06/2020 | $779.41 | 6995715000 | 09/04/2020 | $779.41 | 7065975000 |
| 10/08/2020 | $779.41 | 7145839000 | 11/12/2020 | $779.41 | 7226349000 |
| 12/03/2020 | $779.41 | 7280635000 | 01/07/2021 | $779.41 | 7363335000 |
| 02/02/2021 | $779.41 | 7426775000 | 03/09/2021 | $779.41 | 7512296000 |
| 04/05/2021 | $779.41 | 7575466000 | 05/03/2021 | $779.41 | 7642887000 |
| 06/03/2021 | $779.41 | 7717339000 | 07/02/2021 | $779.41 | 7782541000 |

Chapter 13 Case # 16-32490

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|------|--------|---------------------|------|--------|---------------------|
| 08/04/2021 | $779.41 | 7857285000 | 09/03/2021 | $779.41 | 7923749000 |
| 10/04/2021 | $779.41 | 7986387000 | 11/02/2021 | $779.41 | 8054889000 |

**Total Receipts: $46,764.60  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan: $46,764.60**

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---------|---------------|-------|---------------|--------------------|------|------------------|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 2,738.99 | |
| ATTY | ATTORNEY | ADMIN | 2,500.00 | 100.00% | 2,500.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMERICAN EXPRESS CENTURION BANK | UNSECURED | 7,299.14 | * | 1,494.16 | |
| 0002 | LAKEVIEW LOAN SERVICING | MORTGAGE ARRI | 38,596.71 | 100.00% | 38,596.71 | |
| 0003 | CHASE CARD | UNSECURED | 0.00 | * | 0.00 | |
| 0004 | NAVIENT | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | TOYOTA MOTOR CREDIT CORPORATION | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0008 | NAVIENT | UNSECURED | 0.00 | * | 0.00 | |
| 0009 | KHEAA | UNSECURED | 199.70 | * | 40.88 | |
| 0010 | NAVIENT | UNSECURED | 0.00 | * | 0.00 | |
| 0011 | NAVIENT | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | KHEAA | UNSECURED | 598.02 | * | 122.42 | |
| 0013 | TOYOTA MOTOR CREDIT CORPORATION | (NEW) Auto Agreed | 531.00 | 100.00% | 531.00 | |

**Total Paid: $46,024.16**

See Summary

## LIST OF PAYMENTS TO CLAIMS    (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---------------|------|--------|---------|--|------|--------|---------|
| AMERICAN EXPRESS CENTURION BANK | | | | | | | |
| | 09/20/2021 | $166.21 | 8002430 | | 10/18/2021 | $660.46 | 8002479 |
| | 11/17/2021 | $667.49 | 8002526 | | | | |
| CENLAR FSB | | | | | | | |
| | 05/15/2017 | $433.68 | 779509 | | 06/19/2017 | $733.42 | 781483 |
| | 07/17/2017 | $733.42 | 783520 | | 08/14/2017 | $733.42 | 785296 |
| | 09/25/2017 | $733.42 | 787206 | | 10/16/2017 | $763.82 | 789134 |
| | 11/20/2017 | $733.42 | 790791 | | 12/18/2017 | $733.42 | 792749 |
| | 01/22/2018 | $733.42 | 794571 | | 02/20/2018 | $721.55 | 796498 |
| | 03/19/2018 | $1,443.09 | 798307 | | 04/16/2018 | $721.55 | 800185 |
| | 05/14/2018 | $725.38 | 802095 | | 06/18/2018 | $725.38 | 804002 |
| | 07/16/2018 | $725.38 | 805984 | | 08/20/2018 | $725.38 | 807893 |
| | 09/17/2018 | $743.79 | 809859 | | | | |
| KHEAA | | | | | | | |
| | 09/20/2021 | $13.62 | 877190 | | 10/18/2021 | $54.11 | 878974 |
| | 10/18/2021 | $22.62 | 878974 | | 11/17/2021 | $18.26 | 880673 |
| | 11/17/2021 | $54.69 | 880673 | | | | |

**Chapter 13 Case # 16-32490**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| LAKEVIEW LOAN SERVICING | | | | | | | |
| | 11/19/2018 | $723.08 | 813572 | | 12/17/2018 | $723.08 | 815442 |
| | 01/14/2019 | $723.08 | 817365 | | 02/11/2019 | $723.08 | 819251 |
| | 03/18/2019 | $723.08 | 821213 | | 04/15/2019 | $723.08 | 823251 |
| | 05/20/2019 | $723.08 | 825220 | | 06/17/2019 | $736.12 | 827254 |
| | 07/15/2019 | $736.12 | 829113 | | 08/19/2019 | $736.12 | 831034 |
| | 09/16/2019 | $736.11 | 833078 | | 10/21/2019 | $755.29 | 835057 |
| | 11/18/2019 | $726.92 | 837152 | | 12/16/2019 | $726.92 | 839079 |
| | 01/13/2020 | $726.92 | 840949 | | 02/10/2020 | $726.92 | 842826 |
| | 03/16/2020 | $726.92 | 844698 | | 04/20/2020 | $1,453.83 | 846644 |
| | 05/18/2020 | $690.11 | 848586 | | 06/15/2020 | $690.11 | 850254 |
| | 07/20/2020 | $709.28 | 852031 | | 08/17/2020 | $709.28 | 853905 |
| | 09/21/2020 | $709.28 | 855682 | | 10/19/2020 | $709.28 | 857583 |
| | 11/16/2020 | $709.27 | 859378 | | 12/21/2020 | $709.28 | 861166 |
| | 01/11/2021 | $709.27 | 863008 | | 02/22/2021 | $709.28 | 864666 |
| | 03/15/2021 | $709.27 | 866517 | | 04/19/2021 | $709.28 | 868126 |
| | 05/17/2021 | $709.27 | 870062 | | 06/21/2021 | $720.79 | 871837 |
| | 07/19/2021 | $720.78 | 873665 | | 08/16/2021 | $720.79 | 875353 |
| | 09/20/2021 | $539.40 | 877067 | | | | |
| TOYOTA MOTOR CREDIT CORPORATION | | | | | | | |
| | 02/20/2018 | $11.87 | 797417 | | 03/19/2018 | $23.75 | 799259 |
| | 04/16/2018 | $11.87 | 801137 | | 05/14/2018 | $11.94 | 803036 |
| | 06/18/2018 | $11.94 | 805013 | | 07/16/2018 | $11.94 | 806927 |
| | 08/20/2018 | $11.94 | 808897 | | 09/17/2018 | $12.24 | 810799 |
| | 11/19/2018 | $11.90 | 814673 | | 12/17/2018 | $11.90 | 816579 |
| | 01/14/2019 | $11.90 | 818507 | | 02/11/2019 | $11.90 | 820417 |
| | 03/18/2019 | $11.90 | 822447 | | 04/15/2019 | $11.90 | 824433 |
| | 05/20/2019 | $11.90 | 826481 | | 06/17/2019 | $12.11 | 828388 |
| | 07/15/2019 | $12.11 | 830249 | | 08/19/2019 | $12.11 | 832313 |
| | 09/16/2019 | $12.12 | 834253 | | 10/21/2019 | $12.43 | 836364 |
| | 10/22/2019 | ($12.43) | 836364 | | 10/22/2019 | $12.43 | 836656 |
| | 11/18/2019 | $11.96 | 838369 | | 12/16/2019 | $11.96 | 840243 |
| | 01/13/2020 | $11.96 | 842122 | | 02/10/2020 | $11.96 | 844002 |
| | 03/16/2020 | $11.96 | 845952 | | 04/20/2020 | $23.93 | 847913 |
| | 05/18/2020 | $11.36 | 849680 | | 06/15/2020 | $11.36 | 851364 |
| | 07/20/2020 | $11.67 | 853240 | | 08/17/2020 | $11.67 | 855050 |
| | 09/21/2020 | $11.67 | 856933 | | 10/19/2020 | $11.67 | 858760 |
| | 11/16/2020 | $11.68 | 860534 | | 12/21/2020 | $11.67 | 862428 |
| | 01/11/2021 | $11.68 | 864021 | | 02/22/2021 | $11.67 | 865960 |
| | 03/15/2021 | $11.68 | 867563 | | 04/19/2021 | $11.67 | 869454 |
| | 05/17/2021 | $11.68 | 871246 | | 06/21/2021 | $11.86 | 873107 |
| | 07/19/2021 | $11.87 | 874823 | | 08/16/2021 | $11.86 | 876539 |
| | 09/20/2021 | $8.88 | 878322 | | | | |

# SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: December 07, 2021.

Receipts: $46,764.60    -    Paid to Claims: $40,785.17    -    Admin Costs Paid: $5,238.99    =    Funds on Hand: $740.44

Base Plan Amount: $46,764.60    -    Receipts: $46,764.60    =    Total Unpaid Balance: **$0.00

**NOTE**:  THIS IS AN APPROXIMATE BALANCE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY  AFFECT THE AMOUNT TO COMPLETE THE PLAN.